

**NUMBER 13-09-00387-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**CALVIN HODDY HANNAH, JR.,**                                    **Appellant,**

**v.**

**TEXAS DEPARTMENT OF PUBLIC SAFETY,**                  **Appellee.**

---

On appeal from the 9th District Court
of Montgomery County, Texas.

---

**MEMORANDUM OPINION**

Before Justices Rodriguez, Garza, and Vela
Memorandum Opinion Per Curiam

Appellant, Calvin Hoddy Hannah, Jr., perfected an appeal from a judgment rendered against him in favor of appellee, Texas Department of Public Safety. On July 23, 2009, the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on July 14, 2009, and that the deputy district clerk, Bobbye Miller, had

notified this Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

Appellant has failed to respond to this Court's notice. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b), (c).

PER CURIAM

Memorandum Opinion delivered and
filed this 25th day of August, 2009.

2